## Albert W. Godfrey, Appellant, v. Lazetta Godfrey, Appellee.

### Term No. 46M15.

opinion filed October 15, 1946; rehearing denied November 26, 1946; released for publication November 26, 1946. Harold Baltz, and Martha L. Connole, for appellant; Louis Beasley, for appellee. Opinion by PRESIDING JUSTICE CULBERTSON. **Not to be published in full.**